UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-01001-WWB-GJK

WINDY LUCIUS,

    Plaintiff,

v.

KABOOKI SUSHI LLC
and KABOOKI SUSHI II LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, WINDY LUCIUS ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, KABOOKI SUSHI LLC and KABOOKI SUSHI II LLC ("Defendant") to resolve her claims against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

    Respectfully submitted,

*/s/ J. Courtney Cunningham*

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
FBN: 628166
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 27, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.

2